NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VERINATA HEALTH, INC., ILLUMINA, INC.,**
*Plaintiffs-Appellants*

v.

**ARIOSA DIAGNOSTICS, INC, ROCHE MOLECULAR SYSTEMS, INC.,**
*Defendants-Cross-Appellants*

---

2018-2198, 2018-2303, 2018-2305, 2018-2306, 2018-2317

---

Appeals from the United States District Court for the Northern District of California in Nos. 3:12-cv-05501-SI, 3:14-cv-01921-SI, 3:15-cv-02216-SI, Senior Judge Susan Y. Illston.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, and HUGHES, *Circuit Judges*[*].

---

[*] Circuit Judge Stoll did not participate.

Per Curiam.

# ORDER

Appellant Illumina, Inc. filed a combined petition for panel rehearing and rehearing en banc. A response to the petition was invited by the court and filed by Cross-Appellants Ariosa Diagnostics, Inc and Roche Molecular Systems, Inc. The petition was referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

It Is Ordered That:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue on August 14, 2020.

For the Court

August 7, 2020  /s/ Peter R. Marksteiner
Date            Peter R. Marksteiner
                Clerk of Court