# United States Court of Appeals for the Federal Circuit

---

**VERINATA HEALTH, INC., ILLUMINA, INC.,**
*Plaintiffs-Appellants*

v.

**ARIOSA DIAGNOSTICS, INC, ROCHE MOLECULAR SYSTEMS, INC.,**
*Defendants-Cross-Appellants*

---

2018-2198, 2018-2303, 2018-2305, 2018-2306, 2018-2317

---

Appeals from the United States District Court for the Northern District of California in Nos. 3:12-cv-05501-SI, 3:15-cv-02216-SI, 3:14-cv-01921-SI, Senior Judge Susan Y. Illston.

---

## MANDATE

---

In accordance with the judgment of this Court, entered April 24, 2020, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

August 14, 2020 /s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court